TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
ROBERT J. KEENAN (Bar No. 151094)
Assistant United States Attorney
  UNITED STATES ATTORNEY'S OFFICE
  411 W. Fourth Street
  Suite 8000
  Santa Ana, California 92701
  Telephone: (714) 338-3597
  Facsimile: (714) 338-3708
  E-Mail:    rob.keenan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case Nos. SA CR 18-006-CJC |
| | SA CR 18-029-CJC |
| Plaintiff, | |
| | NOTICE OF APPEARANCE AND CASE REASSIGNMENT |
| v. | |
| LUIS BOJORQUEZ, | |
| Defendant. | |

Respondent, United States of America, hereby advises the Court that the above-captioned criminal case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | AUSA | E-Mail Address |
| --- | --- | --- |
| Previously-Assigned AUSA | Gina Kong | Gina.Kong@usdoj.gov |
| Newly-Assigned AUSA | Robert J. Keenan | Rob.Keenan@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly-assigned AUSA's name is associated with this case as attorney of record for the United States and that the newly-assigned AUSA receives all e-mails relating to filings in this case.

DATED: April 5, 2022.                    Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


 */s/ Robert J. Keenan*
ROBERT J. KEENAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA