CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
SAMUEL CROSS (Bar No. 304718)
(E Mail: sam_cross@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
ROBERT RIVERA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 18-29-CJC |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY REVOCATION HEARING** |
| v. | |
| ROBERT RIVERA, | Current: March 21, 2024 at 11:00 a.m. |
| Defendant. | Proposed: April 11, 2024 at 10:00 a.m. |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through Assistant United States Attorney Robert Keenan, and defendant Robert Rivera, by and through his attorney of record, Deputy Federal Public Defender Samuel Cross, that the preliminary revocation hearing presently set for March 21, 2024 at 11:00 a.m., be continued to April 11, 2024 at 10:00 a.m..

The Federal Public Defender appeared and was appointed to represent Mr. Rivera on March 4, 2024. Mr. Rivera is currently in custody at the San Bernardino County Sheriff Central Detention Center in San Bernardino, California. Counsel for Mr. Rivera, counsel for the government, and the Court itself are located in Santa Ana,

California. In order to allow counsel for Mr. Rivera to further investigate the matter and prepare evidence relating either to the factual basis for the alleged violations or for mitigation at sentencing, more time is required before the Court conducts a hearing on the alleged violations and/or sentencing. Based on counsel's need to further investigate, the parties agree that a continuance is warranted to more efficiently resolve the instant matter and to conserve judicial, prosecutorial, and defense resources.

For these reasons, the parties agree that the preliminary revocation hearing presently set for March 21, 2024 at 11:00 a.m., be continued to April 11, 2024 at 10:00 a.m..

IT IS SO STIPULATED.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 20, 2024    By  /s/ Samuel Cross
SAMUEL CROSS
Deputy Federal Public Defender

E. MARTIN ESTRADA
United States Attorney

DATED: March 20, 2024    By  /s/ Robert Keenan (with e-mail authorization)
ROBERT KEENAN[1]
Assistant United States Attorney

---

[1] Pursuant to Local Rule 5-4.3.4 (a)(2)(i) the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.